**SO ORDERED.**

Dated: March 04, 2008

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MIDDLE MOUNTAIN PROPERTIES, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:08-bk-00133-RTB<br><br>**ORDER GRANTING COLONIAL CAPITAL, LLC'S MOTION FOR JOINT ADMINISTRATION OF PENDING BANKRUPTCY CASES (ALSO APPLIES TO CASE NO. 2-08-bk-00135-CGC)** |

This matter having come before the Court on February 28, 2008, pursuant to Colonial Capital, LLC's Motion for Joint Administration of Pending Bankruptcy Cases and Amended Motion for Joint Administration of Pending Bankruptcy Cases (docket nos. 15 and 20), no objections having been filed, the Debtors having indicated their consent to the relief requested, and good cause appearing,

**IT IS HEREBY ORDERED** that the case of Middle Mountain Properties, LLC, Chapter 11 Case No. 2:08-bk-00133-PHX-RTB be jointly administered with the case of CRII, LLC, Case No. 2:08-bk-00135-PHX-CGC;

**IT IS FURTHER ORDERED** that all pleadings from the date of entry of this order bear the following caption.

| | |
|---|---|
| In re<br><br>MIDDLE MOUNTAIN, LLC,<br><br>    Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:08-bk-00133-RTB<br><br>(Jointly Administered) |
| In re<br><br>CRII, LLC,<br><br>    Debtor. | Case No. 2:08-bk-00135-RTB |

**IT IS FURTHER ORDERED** that one docket shall be maintained for the cases under the case name **Middle Mountain, LLC, Case No. 2:08-bk-00133-PHX-RTB.**

**IT IS FURTHER ORDERED** that the Court maintain one file for all pleadings in both cases under the case name **Middle Mountain, LLC, Case No. 2:08-bk-00133-PHX-RTB**.

**IT IS FURTHER ORDERED** that the Clerk of the Court continue to maintain separate proof of claims dockets and separate claims registers for each case.

Any hearings currently scheduled before Judge Case shall be vacated and the hearings re-set before this Court after the parties involved meet and confer to agree upon new dates.

This is an Order for joint administration only and not substantive consolidation.

DATED this __ day of February 2008.

_____
THE HONORABLE REDFIELD T. BAUM
United States Bankruptcy Judge

GRANTED