| | |
|---|---|
| 1 | Thomas H. Allen, State Bar #11160 |
| 2 | Kevin C. McCoy, State Bar #20333 |
| | **ALLEN, SALA & BAYNE, PLC** |
| | 1850 N. Central Ave. Suite 1150 |
| 3 | Phoenix, Arizona 85004 |
| | Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | Email: tallen@asbazlaw.com |

Proposed Attorneys for Trustee Constantino Flores

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| CRII, LLC, | Case No. 2-08-bk-00135-RTB |
| Debtor. | **VERIFIED STATEMENT OF THOMAS H. ALLEN PURSUANT TO FED.R.BANKR.P. 2014 AND 2016 AND 11 U.S.C. §327** |

STATE OF ARIZONA    )
                                    ) ss.
County of Maricopa      )

Thomas H. Allen, being first duly sworn upon his oath, deposes and states:

1. I am a member of the law firm of Allen, Sala & Bayne, PLC (the "Firm"), and have been practicing in Arizona since 1987. I am executing this statement in support of the Trustee's Application to Approve Employment of Counsel ("Application") in the above-captioned case.

2. As set forth in the Application, I will be performing legal services for the Trustee which include: (1) assisting the Trustee in providing legal advice with respect to his powers and duties; (2) negotiating with creditors and Debtor; (3) preparing necessary applications, motions, answers, orders or other legal papers; and (4) assisting in securing the Debtor's assets. The Trustee has agreed to pay the Firm on an hourly basis for the above-referenced services.

3. The hourly rates that my firm customarily charges for services of the above-referenced kind are as follows:

Thomas H. Allen, Member         $225.00
Paul Sala, Member                       $225.00
Dawn M. Bayne, Member            $195.00

| | |
|---|---|
| Kevin C. McCoy, Associate | $175.00 |
| Leslie R. Hendrix, Associate | $160.00 |
| Lance A. Francis, Associate | $160.00 |
| Legal Assistants and Law Clerks | $ 95.00 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those individuals below the level of member, to reflect their increased experience and expertise in this area of law. Allen, Sala & Bayne, PLC will make periodic applications for interim compensation and, if merited, may make application to the Court at the completion of the case for allowance of a premium above their designated hourly rates.

4. Neither my firm nor I have any agreements with other entities with respect to compensation received by me pursuant to my agreement with the Trustee.

5. Based upon counsel's investigation to date, I hold no interest adverse to Constantino Flores, Trustee, the Debtor, Debtor's attorneys, or any creditors in this case.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 4, 2009

**ALLEN, SALA & BAYNE, PLC**

/s/ THA 11160
Thomas H. Allen
Kevin C. McCoy
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Constantino Flores

SUBSCRIBED AND SWORN to before me on February 4, 2009 by Thomas H. Allen.

*/s/ Monica J. Baca*
Notary Public

My Commission Expires: September 29, 2010


COPY of the foregoing mailed on
February 4, 2009 to:

Constantino Flores
P.O. Box 511
Phoenix AZ 85001-0511
Chapter 7 Trustee

United States Trustee
230 North First Avenue, Ste 204
Phoenix AZ 85003-1706

| | |
|---|---|
| 1 | CRII, LLC<br>P O Box 10940<br>Glendale, AZ  85318<br>Debtor |
| 2 | |
| 3 | |
| 4 | Allan D. NewDelman<br>80 E. Columbus Avenue<br>Phoenix, AZ  85012<br>Attorneys for Debtor |
| 5 | |
| 6 | |
| 7 | /s/ Rachel Nieto |
| 8 | |